B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re  **Everest Heights Dallas Real Estate, Inc.**                              Case No.  **11-31308**
                                                    Debtor(s)                   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Karuna Elete**<br>**3112 Chippenham Dr.**<br>**Plano, TX 75093** | **Karuna Elete**<br>**3112 Chippenham Dr.**<br>**Plano, TX 75093** | | | **550,000.00** |
| **Upender Reddy**<br>**1004 Ridge Hollow Tr.**<br>**Irving, TX 75063** | **Upender Reddy**<br>**1004 Ridge Hollow Tr.**<br>**Irving, TX 75063** | | | **200,000.00** |
| **Ravi Venishetty**<br>**786 Eiffel Dr.**<br>**Plano, TX 75023** | **Ravi Venishetty**<br>**786 Eiffel Dr.**<br>**Plano, TX 75023** | | | **50,000.00** |
| **Nagalakshmi Varati**<br>**1731 Heddon Falls Dr.**<br>**Sugar Land, TX 77479** | **Nagalakshmi Varati**<br>**1731 Heddon Falls Dr.**<br>**Sugar Land, TX 77479** | | | **25,000.00** |
| **Maheshwar Thummala**<br>**2505 Timber Cove Ln.**<br>**Plano, TX 75093** | **Maheshwar Thummala**<br>**2505 Timber Cove Ln.**<br>**Plano, TX 75093** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **25,000.00** |
| **Ram Thummala**<br>**12032 Aragon Springs**<br>**Las Vegas, NV 89138** | **Ram Thummala**<br>**12032 Aragon Springs**<br>**Las Vegas, NV 89138** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **25,000.00** |
| **Ram Somaraju**<br>**8220 Prince Wales Ct.**<br>**Plano, TX 75025** | **Ram Somaraju**<br>**8220 Prince Wales Ct.**<br>**Plano, TX 75025** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **25,000.00** |
| **Sudheer D. Reddy**<br>**#1030 Rd., #51, Jubilee Hills**<br>**Hyderabad, AP (India)**<br>**00050-0033** | **Sudheer D. Reddy**<br>**#1030 Rd., #51, Jubilee Hills**<br>**Hyderabad, AP (India)**<br>**00050-0033** | | | **25,000.00** |
| **Satish Reddy**<br>**2209 Mockingbird Ln.**<br>**Flower Mound, TX 75022** | **Satish Reddy**<br>**2209 Mockingbird Ln.**<br>**Flower Mound, TX 75022** | | | **25,000.00** |
| **Ananth Pajjur**<br>**1913 Blue Ridge Dr.**<br>**Flower Mound, TX 75028** | **Ananth Pajjur**<br>**1913 Blue Ridge Dr.**<br>**Flower Mound, TX 75028** | | | **25,000.00** |
| **Amar Neburi**<br>**8217 Prince Wales Ct.**<br>**Plano, TX 75025** | **Amar Neburi**<br>**8217 Prince Wales Ct.**<br>**Plano, TX 75025** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **25,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Everest Heights Dallas Real Estate, Inc.**                              Case No.  **11-31308**
　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Vijay Nama<br>3101 Kennison Ct.<br>Plano, TX 75093 | Vijay Nama<br>3101 Kennison Ct.<br>Plano, TX 75093 | | Contingent<br>Unliquidated<br>Disputed | 25,000.00 |
| Narsing Mynampally<br>8216 Prince Wales Ct.<br>Plano, TX 75025 | Narsing Mynampally<br>8216 Prince Wales Ct.<br>Plano, TX 75025 | | | 25,000.00 |
| Arvind Muppidi<br>1920 Cottonwood Valley Cir.<br>Irving, TX 75038 | Arvind Muppidi<br>1920 Cottonwood Valley Cir.<br>Irving, TX 75038 | | | 25,000.00 |
| Srinivas Kuthuru<br>1260 Winnipeg Dr.<br>Lewisville, TX 75077 | Srinivas Kuthuru<br>1260 Winnipeg Dr.<br>Lewisville, TX 75077 | | Contingent<br>Unliquidated<br>Disputed | 25,000.00 |
| Krishna Kurapati<br>3300 Carriage Ct.<br>Richardson, TX 75082 | Krishna Kurapati<br>3300 Carriage Ct.<br>Richardson, TX 75082 | | | 25,000.00 |
| Kasturi Inaganti<br>6014 Azalea Ln.<br>Dallas, TX 75230 | Kasturi Inaganti<br>6014 Azalea Ln.<br>Dallas, TX 75230 | | | 25,000.00 |
| Karunaker Gurram<br>3205 Robert Dr.<br>Richardson, TX 75082 | Karunaker Gurram<br>3205 Robert Dr.<br>Richardson, TX 75082 | | Contingent<br>Unliquidated<br>Disputed | 25,000.00 |
| Prasad Dodda<br>4716 Deer Valley Ln.<br>Richardson, TX 75082 | Prasad Dodda<br>4716 Deer Valley Ln.<br>Richardson, TX 75082 | | Contingent<br>Unliquidated<br>Disputed | 25,000.00 |
| Randhir Devireddy<br>#1030 Rd. #51, Jubilee Hills<br>Hyderabad, AP (India)<br>00050-0033 | Randhir Devireddy<br>#1030 Rd. #51, Jubilee Hills<br>Hyderabad, AP (India)<br>00050-0033 | | | 25,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 15, 2011**                              Signature  _/s/ Venkat Reddy_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Venkat Reddy**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.